In re  Bryan J. Valverde        Case No.  10-12193
     **Debtor**                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)              ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Business checking account xxxxxx4811 | C.C.P. 703.140(b)(5) | 600.00 | 600.00 |
| Cash | C.C.P. 703.140(b)(5) | 75.00 | 75.00 |
| Household goods (none over $550) | C.C.P. 703.140(b)(3) | 5,500.00 | 5,500.00 |
| Framed pictures, misc. art objects | C.C.P. 703.140(b)(5) | 600.00 | 600.00 |
| Clothing (none over $550) | C.C.P. 703.140(b)(3) | 600.00 | 600.00 |
| Wedding bands and ring | C.C.P. 703.140(b)(4) | 300.00 | 300.00 |
| Canon digital camera | C.C.P. 703.140(b)(5) | 200.00 | 200.00 |
| 2002 BMW 745li, 53,000 miles, fair condition | C.C.P. 703.140(b)(5) | 2,741.00 | 15,000.00 |
| 2005 Ford F150, 76,000 miles, fair-to-poor condition | C.C.P. 703.140(b)(5) | 1,794.00 | 14,000.00 |
| 2002 Ford F350 truck, 52,000 miles, fair-to-poor condition | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 3,525.00<br>2,975.00 | 6,500.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.