**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re

Bryan J. Valverde,    Case No.: 10-12193

        Debtor(s).    /

FILED
September 9, 2010
U.S. Bankruptcy Court
Santa Rosa, Division

ORDER UPON CONVERSION OF CASE UNDER CHAPTER 13
TO CASE UNDER CHAPTER 7 BY DEBTOR

The debtor has filed a notice of conversion in accordance with 11 U.S.C. §1307(a) converting this case to a case under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

IT IS ORDERED THAT:

1. The chapter 13 trustee within 30 days of the date of this order shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the chapter 13 case, as required by Bankruptcy Rule 1019(6)
2. The chapter 13 trustee forthwith shall turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control, as required by Bankruptcy Rule 1019(5).
3. The debtor within 14 days of the date of this order shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(c), if such documents have not already been filed.
4. The debtor within 30 days of the date of this order shall if the case is converted after the confirmation of a plan, file:
    a. a schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order,
    b. a schedule of executory contracts entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, and
    c. A schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(6); and
    d. a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(2)(A), and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8A.
5. [Other Provisions as needed]

Dated: September 9, 2010



ALAN JAROSLOVSKY
U.S. Bankruptcy Judge